THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael Douglas
 Oliver, Appellant.
 
 
 

Appeal from Greenwood County
 Wyatt T. Saunders, Circuit Court Judge
Unpublished Opinion No. 2007-UP-477
Submitted October 1, 2007  Filed October
 12, 2007    
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; Jerry W. Peace, of Greenwood, for Respondent.
 
 
 

PER CURIAM: 
 Michael Douglas Oliver pled guilty to accessory after the fact of armed
 robbery.  He received twelve years, suspended upon service of eight years and
 probation of three years.  On appeal, Oliver alleges his sentence is
 unconstitutionally disproportionate.  Oliver did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.